UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

YOVANNY DOMINGUEZ,

                      Plaintiff,

     -against-

LUCKY BRAND DUNGAREES, LLC,

                    Defendants.
-------------------------------------------------------X

Case No. 1:19-cv-10814-ALC-RWL

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Yovanny Dominguez and Defendant Lucky Brand Dungarees, LLC, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: August 28, 2020

| | |
|---|---|
| By: _(signature)_ | By: _Elizabeth Marks_ |
| Bradly G. Marks | Elizabeth R. Marks |
| The Marks Law Firm, PC | Latham & Watking LLP |
| 175 Varick Street, 3rd Fl | 885 Third Avenue |
| New York, NY 10014 | New York, NY 10022 |
| T:(646) 770-3775 | T:(212)906-1868 |
| brad@markslawpc.com | betsy.marks@lw.com |